GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
*Attorney for Defendants Marcus O. Hicks, Willie Bonds, Patrick Nogan, and New Jersey Department of Corrections*

By: Travis M. Anderson
Deputy Attorney General
Attorney ID: 272682019
(609) 633-3125
travis.anderson@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY PINSON, <br><br> Plaintiff, <br><br> v. <br><br> SHARMALIE PERERA, M.D., SANDRA CONNOLLY, M.D., PATRICK NOGA, WILLIE BONDS, MARCUS O. HICKS, ESQ., Acting Commissioner of New Jersey Department of Corrections, NEW JERSEY DEPARTMENT OF CORRECTIONS, JOHN DOES 1-24, RUTGERS UNIVERSITY - UNIVERSITY CORRECTIONAL HEALTH, <br><br> Defendants | Civ. Action No. 19-17227 (KM) (ESK) <br><br> **NOTICE OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO <u>FED. R. CIV. P. 12(b)(6)</u>** |

TO: Poreda Law
Michael Poreda, Esq.
50 Division Street, Suite 501
Somerville, NJ 08876

PLEASE TAKE NOTICE that on November 18, 2019, the undersigned Gurbir S. Grewal, Attorney General of New Jersey, by Travis M. Anderson, Deputy Attorney General, as Attorney for Defendants Acting Commissioner Marcus O. Hicks, Director Willie Bonds, Administrator Patrick Nogan, and New Jersey Department of Corrections, shall move before the Honorable Kevin McNulty, U.S.D.J., in the United States Court House in Newark, New Jersey for an Order dismissing Plaintiff's Complaint pursuant to *Fed. R. Civ. P.* 12(b)(6). Defendants will rely on the Brief in Support of Motion being filed simultaneously herewith.

A proposed form of Order is attached hereto.

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By: s/ Travis M. Anderson
Travis M. Anderson
Deputy Attorney General

Dated: October 15, 2019