UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY PINSON, | |
| Plaintiff, | Civ. No. 19-17227 (KM) (ESK) |
| v. | |
| SHARMALIE PERERA, M.D., ET AL., | **ORDER** |
| Defendants. | |

Plaintiff, Anthony Pinson, is a state prisoner presently incarcerated at Northern State Prison, in Newark, New Jersey. Plaintiff, through counsel, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (DE 1.) On October 15, 2019, Defendants filed a motion to dismiss the complaint for failure to state a claim, under Federal Rule of Civil Procedure 12(b)(6). (DE 6.) The motion was set for November 18, 2019. Plaintiff, with the consent of Defendants, now moves for a one-cycle adjournment of the motion. (DE 7.) In the interests of justice, Plaintiff's request will be granted.

IT IS, therefore, on this 28th day of October 2019

ORDERED that the plaintiff's request for a one-motion cycle adjournment of the motion to dismiss is GRANTED; and it is further

ORDERED that the motion date shall now be set for December 2, 2019.

KEVIN MCNULTY
United States District Judge