# DUGHI, HEWIT & DOMALEWSKI, P.C.

| | | |
|---|---|---|
| LOUIS JOHN DUGHI, JR.<br>RUSSELL L. HEWIT<br>CRAIG A. DOMALEWSKI<br>ROBERT W. DONNELLY, JR.<br>CHARLES M. RADLER, JR.<br>MARIO C. GURRIERI<br>MARK A. PETRASKE*<br>HERBERT KRUTTSCHNITT III<br>SCOTT A. HALL<br>DARA L. SPIRO<br>MARY ELIZABETH GAZI<br>LORI CIARROCCA DUFFY<br>CYNDEE L. ALLERT<br>BRANDON D. MINDE**<br>KRISTIN M. CAPALBO<br>JENNIFER L. YOUNG<br>RACHEL M. SCHWARTZ<br><br>———<br>WILLIAM H. GAZI (1964-2001)<br>LAWRENCE WEISS (1961-2011) | ATTORNEYS AT LAW<br><br>340 NORTH AVENUE EAST<br>CRANFORD, NEW JERSEY 07016<br>(908) 272-0200<br>TELECOPIER: (908) 272-0909<br>———<br>MOORESTOWN OFFICE CENTER<br>704 EAST MAIN STREET<br>SUITE F<br>MOORESTOWN, NJ 08057<br>(856) 242-6951<br>TELECOPIER: (908) 272-0909 | OF COUNSEL<br>WILLIAM L'E. WERTHEIMER<br>LORI D. LEWIS<br>JUDY L. CREELMAN<br><br><br>RYAN A. NOTARANGELO<br>BENJAMIN J. FORREST<br>JEFFREY J. NIESZ<br><br><br><br>* Certified by the Supreme Court of<br>   New Jersey as a Civil Trial Attorney<br>** Certified by the Supreme Court of<br>   New Jersey as a Criminal Trial Attorney |

June 10, 2021

**VIA E-COURTS**
The Honorable Edward S. Kiel, U.S.M.J.
U.S. District Court
Martin Luther King Boulevard & U.S. Courthouse
50 Walnut Street #4015
CR PO 08
Newark, New Jersey 07102

        Re: **Pinson v. Perera, et al.**
            **Docket: 2:19-cv-17227**
            **Our File No.: 16705**

Dear Judge Kiel:

  As Your Honor may recall, the above matter settled on April 16, 2021 during a settlement conference with Your Honor. This matter is scheduled to administratively terminate in the near future; however, we still have not received a signed release from plaintiff. Therefore, it is respectfully requested that the administrative termination be extended by 30 days.

  Thank you for Your Honor's attention to this matter and consideration of this request.

        Respectfully submitted,

        DUGHI, HEWIT & DOMALEWSKI

        */s/ Cyndee L. Allert*

        Cyndee L. Allert, Esq.

CLA:cp
cc: All counsel of record (via e-courts)
G:\16705\16705-2021-06-10-COR (EXTENSION)-KIEL-CLA-CP.docx